# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> $47,000 IN U.S. FUNDS ASSOCIATED ) <br> WITH JP MORGAN CHASE ACCOUNT ) <br> NOS. XXXXXX3282, XXXXX0170 ) <br> ) <br> ) <br> Defendant. ) | Civil Action No. 1:17-cv-2233 |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Special Assistant United States Attorney Marina C. Stevenson, hereby informs the Court that she is entering her appearance as co-counsel in this matter on behalf of the United States.

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

BY:  /s/ Marina C. Stevenson
Marina C. Stevenson
Special Assistant United States Attorney
D.C. Bar No. D00452
Asset Forfeiture and Money Laundering Section
555 4th Street, NW, Room 4816

        Washington, DC 20530
        (202) 252-7811
        Marina.Stevenson2@usdoj.gov