UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No.: 17-2233 (ABJ) |
| | ) |
| $47,000 IN U.S. FUNDS ASSOCIATED WITH | ) |
| JP MORGAN CHASE ACCOUNT NOS. | ) |
| XXXXXX3282, XXXXXX0170, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STATUS REPORT**

The United States, by and through its undersigned attorneys, in accordance with the Court's November 14, 2017 Minute Order, files this Status Report, to notify the Court of the following:

BACKGROUND

1. On October 27, 2017, the United States filed the above-referenced Verified Complaint for Forfeiture *in Rem*. *See* Compl., ECF No. 1.

2. The Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules") govern civil forfeiture actions *in rem* arising from a federal statute. *See* Supplemental Rule A(1)(B). The Federal Rules of Civil Procedure also apply except to the extent they are inconsistent with the Supplemental Rules. *See* Supplemental Rule A(2).

3. Supplemental Rule G(4) governs the process by which the government must serve notice of the complaint. Notice is required to the public via publication, as well as to potential claimants via direct notice.

Publication

4. On November 29, 2017, the government began publication by posting notice on www.forfeiture.gov, an official internet government forfeiture site. Notice was posted on this site for 30 consecutive days. Publication ended on December 29, 2017. *See* ECF No. 4.

5. Pursuant to Supplemental Rule G(5)(a)(ii)(B), any claims must be filed on or before January 29, 2018.

6. As of the date of this Status Report, no claims have been filed.

Direct Notice

7. Supplemental Rule G also requires that the government send direct notice "to any person who reasonably appears to be a potential claimant on the facts known to the government." Supp. Rule G(4)(b)(i).

8. The notice must be sent by means "reasonably calculated to reach the potential claimant." Supp. Rule G(4)(b)(i)(A).

9. The government identified two potential claimants, who had access to the bank accounts from which the seizure was previously made.

10. On November 14, 2017, the United States served direct notice of this action via Federal Express upon the two potential claimants. This notice was marked delivered on November 17, 2017.

11. Pursuant to Supplemental Rule G(4)(b), claims from parties who received direct notice were due to be filed on or before December 19, 2017.

12. As of the date of this Status Report, no claims have been filed by parties who received direct notice, and the deadline to file any such claim has passed.

Arrest Warrant

13. Pursuant to a previously executed seizure warrant, the defendant property was in the government's possession, custody, and control at the time of the filing of this action. Pursuant to Supplemental Rule G(3)(b)(i), the Clerk of this Court issued a Warrant for Arrest *in Rem* on October 31, 2017. *See* ECF No. 3.

14. Pursuant to Supplemental Rule G(3)(c)(ii)(A), the government filed the return for the arrest warrant on January 16, 2018. *See* ECF No. 5.

Conclusion

15. If no claim is filed by January 29, 2018, the government will then request entry of default from the Clerk of the Court, followed by a request to this Court for default judgment.

WHEREFORE, the government respectfully requests leave to submit an additional status report or a motion for default judgment no later than February 5, 2018.

Respectfully Submitted,

JESSIE K. LIU
United States Attorney

By: _____/s/_____
Zia M. Faruqui, D.C. Bar No. 494990
Assistant United States Attorney
Marina C. Stevenson, D.C. Bar No. D00452
Special Assistant U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
202-252-7117 (Faruqui)
Zia.Faruqui@usdoj.gov

*Attorneys for the United States*