UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No.: 17-2233 (ABJ) |
| | ) | |
| **$47,000 IN U.S. FUNDS ASSOCIATED WITH JP MORGAN CHASE ACCOUNT NOS. XXXXXX3282, XXXXXX0170,** | ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

## AFFIDAVIT IN SUPPORT OF DEFAULT

1. I am the attorney of record for the plaintiff United States of America in the above-captioned case.

2. This declaration is executed by me in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, for the purpose of enabling the plaintiff to obtain an entry of default against the above captioned defendant, as no potential claimants have claimed an interest or otherwise defended the action.

3. The plaintiff commenced this forfeiture action *in rem* against the defendant property by filing a verified complaint for forfeiture on October 27, 2017. *See* Compl., ECF No. 1.

4. On January 17, 2018, the defendant property was served with process by the execution of a warrant of arrest *in rem*.

5. The government gave notice of this action to all known potential claimants pursuant to the procedures set forth in Rule G(4) of the Supplemental Rules For Admiralty Or Maritime Claims And Asset Forfeiture Actions ("Supplemental Rule"). Supplemental Rule G(4)(b) requires the government to "send notice of the action and a copy of the complaint to any

1

person who reasonably appears to be a potential claimant." Fed. R. Civ. P. Supp. R. G(4)(b). The government identified two known potential claimants. On or about November 17, 2017, the government served notice on the known potential claimants via Federal Express.

6. Supplemental Rule G(4)(a) also requires the government to publish notice of the forfeiture "to an official internet government forfeiture site for at least 30 consecutive days." Fed. R. Civ. P. Supp. R. G(4)(a)(iv)(C). On November 29, 2017, the government began posting such notice on an internet site, http://www.forfeiture.gov, for 30 consecutive days. Any verified claim in response to the notice by internet publication to be filed no later than January 29, 2018. *See* Fed. R. Civ. P. Supp. R. G(5)(a)(ii)(B); Service by Publication, ECF No. 4.

7. No party may contest the government's allegation that the defendant property is subject to forfeiture, because: (1) there is no claim on the record to the defendant property; (2) the time for filing a claim has expired, and no extensions of time were given, and (3) no person who reasonably appeared to be a potential claimant is an infant of incompetent person.

8. Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

9. The Clerk is requested to enter Default against the defendant property and all parties that might have an interest in it.

10. Executed this 30th day of January, 2018, by undersigned counsel for plaintiff the United States of America.

> Respectfully submitted,
>
> JESSIE K. LIU
> United States Attorney
>
> By: _____/s/_____
> Marina Stevenson, D.C. Bar No. D00452
> Special Assistant United States Attorney
> Zia Faruqui, D.C. Bar No. 494990
> Assistant United States Attorney
> 555 Fourth Street, N.W.
> Washington, D.C. 20530
> 202-252-7117 (Faruqui)
> Zia.Faruqui@usdoj.gov
>
> Attorneys for Plaintiff
> UNITED STATES OF AMERICA